Edward Dickinson, Respondent, v. Empire Engineering Corporation, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

Charles S. Kent, Respondent, v. George F. McKeough and Others, Appellants.— Motion granted and appeal dismissed, with costs.

Irving E. Smith, Respondent, v. Buffalo, Lockport and Rochester Railway Company, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event, on the ground that the verdict is excessive. All concurred, except Kruse, P. J., and Lambert, J., who dissented.

James H. Herendeen, as Administrator, etc., of Charles W. Edgerton, Deceased, Appellant, v. Benton H. Wilson and Others, Respondents.— Interlocutory judgment modified by striking out the words "upon the merits," and as so modified affirmed, with costs, with leave to the plaintiff to plead over within twenty days upon payment of the costs of the demurrer and of this appeal. All concurred, except Merrell, J., who dissented.

Joseph Hoffman, Respondent, v. New York Telephone Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Mary M. Preston, as Administratrix, etc., Appellant, v. Spencer Kellogg Company and Buffalo Creek Railroad Company, Respondents.— Judgment affirmed, with costs. All concurred.

Mae R. Appel and Merritt C. Burd, on Their Own Behalf and All Others Similarly Situated, etc., Respondents, v. Mary Buckbinder, Appellant.— Judgment reversed and new trial granted, without costs, in accordance with stipulation filed.

Peter Botyan, Respondent, v. Tonawanda Board and Paper Company, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Shelley G. Crump, Appellant, v. Charles Behrendt, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

Village of Fredonia, Appellant, v. Fredonia Natural Gas Light Company and Others, Respondents.— Motion granted for stay pending determination of appeal.

William G. McMahan, as Administrator, etc., Respondent, v. New York Mills, Appellant.— Judgment and order reversed, defendant's motion for nonsuit granted, and complaint dismissed, with costs, including the costs of this appeal. Held, *first*, that there was no evidence that the platform is within the lines of a highway; *second*, that users of the platform were mere licensees to whom defendant is not liable for mere neglect to keep the platform in repair. All concurred.